**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:        George D. LaBlanche v. National Collegiate Student Loan Trust 2017-4

Appellate case number:     01-19-00291-CV

Trial court case number:    1105352

Trial court:                County Civil Court at Law No. 4 of Harris County

Appellant, George D. LaBlanche, has filed a document, Appellant's Notice of Appeal or Alternatively Plea to Vacate 1/14/20 Dismissal Order in the Interest of Justice [and] Addendum Adoption of Timely Amicus Curiae Brief, which we construe as a motion for rehearing of our January 14, 2020 opinion. *See* TEX. R. APP. P. 49.1. Appellant's motion is **DENIED**.

It is so ORDERED.

Judge's signature:   /s/ Evelyn V. Keyes
                         ☐ Acting individually    ☑ Acting for the Court

Panel consist of Justices Keyes, Goodman, and Countiss

Date:   September 10, 2020